Argued April 28, affirmed May 23, 1977

## In the Matter of the Marriage of
## ANDERSON, *Appellant,*
### *and*
## ANDERSON, *Respondent.*
### (No. 31269, CA 7370)

564 P2d 749

J. W. Walton, Corvallis, argued the cause for appellant. On the brief were S. David Eves and Ringo, Walton & Eves, P. C., Corvallis.

Michael F. McClain, Corvallis, argued the cause for respondent. On the brief was McClain & Brown, Corvallis.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed. *Starin and Starin,* 29 Or App 557, 564 P2d 748 (1977).